# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR397 |
| | ) | ORDER |
| vs. | ) | |
| DALER MUHITDINOV, | ) | |
| Defendant. | ) | |

This case is before the Court on defendant's Motion to Review Detention [15]. The motion is denied.

For the reasons set out in the Court's Detention Order [11] and the events occurring during the defendant's arrest in November 2011, (as set out in the December 29, 2011 Pretrial Services Memo), I find the defendant is both a flight risk and a danger to the community.

**IT IS ORDERED:**

1. Defendant's motion to Review Detention [15] is denied.

2. Pretrial Services is directed to forward a copy of the December 29, 2011 memo to Matthew R. Kahler, counsel for the defendant.

Dated this 30th day of December, 2011.

BY THE COURT:

s/ F.A. Gossett III
United States Magistrate Judge